## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **DANIEL J. HERRMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| v. | ) | No. 04-2004-KHV |
| | ) | |
| **UNIVERSITY OF KANSAS** | ) | |
| **HOSPITAL AUTHORITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
|_____| ) | |

## **ORDER**

On January 6, 2004, plaintiff filed his civil complaint. On October 17, 2005, the United States of America filed its notice of election to decline intervention. Doc. #14. On May 23, 2006, the Court ordered plaintiff to show good cause in writing on or before June 22, 2006, why service of the summons and complaint had not been made, and further show good cause in writing why plaintiff's claims should not be dismissed in their entirety without prejudice.

Plaintiff has not responded to the order to show cause. The Court therefore finds that his complaint should be **dismissed without prejudice.**

**IT IS SO ORDERED.**

Dated this 24th day of July, 2006, at Kansas City, Kansas.

                                              s/ Kathryn H. Vratil
                                              KATHRYN H. VRATIL
                                              United States District Judge